IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY and JENNIFER DAVIS, and JILL U. TILLMAN,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN and ERIN GRUBB and ORLEANS HOMEBUILDERS, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 12-4628 |
| ALLSTATE INSURANCE COMPANY a/s/o TROY and JENNIFER DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN and ERIN GRUBB and ORLEANS HOMEBUILDERS, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 12-6747 |

## ORDER

**AND NOW**, this 23rd day of May 2013, upon consideration of Doc. Nos. 6, 7, 8, 10, 13, 15, 17, 19, 20 in Case No. 12-4628; Doc. Nos. 7 and 10 in Case No. 12-6747; the argument of counsel at the November 7, 2012 hearing; and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1) Defendant Orleans Homebuilders, Inc., the parent company of Stock Grange, L.P., is **DISMISSED** as a party in the above-captioned actions.

2) The Motions for Remand (Doc. No. 6 in 12-4628; Doc. No. 7 in 12-6747) are **GRANTED**.

3) All pending motions are **DENIED** as **MOOT**.

4) The Clerk of Court shall remand the consolidated cases, No. 12-4628 and No. 12-6747, to the Court of Common Pleas of Chester County.

5) The Clerk of Court shall close the above-captioned cases for statistical purposes.

BY THE COURT:

*Joel Hornsby*
JOEL H. SLOMSKY, J.